**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Leopoldo Villanueva, et al.
          Plaintiff,

v.               Case No.: 1:18−cv−05255
               Honorable Sharon Johnson Coleman

Sebert Landscaping Company, et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 7, 2019:

  MINUTE entry before the Honorable Gabriel A. Fuentes: Status hearing held. The parties report on the status of depositions and that they are in the process of exchanging document discovery with respect to class certification. The matter is set for a status hearing before the magistrate judge on 12/02/19 at 10:00 a.m. (following the status hearing before the district judge). Any motion to extend the current 11/25/19 discovery cutoff should be made before the district judge. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.