# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Leopoldo Villanueva, et al.

                              Plaintiff,

v.                                                    Case No.: 1:18−cv−05255
                                                          Honorable Sharon Johnson Coleman

Sebert Landscaping Company, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 27, 2019:

      MINUTE entry before the Honorable Gabriel A. Fuentes: With the Court having a motion hearing scheduled for 12/4/19 in this matter, the previously scheduled status hearing set for 12/2/19 is stricken. Mailed notice. (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.