**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division**

Leopoldo Villanueva, et al.

          Plaintiff,

v.                  Case No.: 1:18−cv−05255
                    Honorable Sharon Johnson Coleman

Sebert Landscaping Company, et al.

         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 2, 2019:

  MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 12/2/2019. The parties report they reached a settlement agreement. In light of the parties' settlement agreement, this matter is dismissed without prejudice until 1/16/2020 at which time the case will be dismissed with prejudice with each side bearing its own attorneys' fees and costs. Plaintiff's motion to compel [55] is denied as moot. Civil case terminated. Mailed notice(sxw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.