UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Leopoldo Villanueva, et al.
                                Plaintiff,

v.  Case No.: 1:18−cv−05255
  Honorable Sharon Johnson Coleman

Sebert Landscaping Company, et al.
                                Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 3, 2019:

MINUTE entry before the Honorable Gabriel A. Fuentes: In light of the district judge's order terminating the case (doc. #[59]) pursuant to the parties' settlement (doc. #[59]), the status and motion hearing set for 12/04/19 before the magistrate judge is hereby stricken. All matters subject to the referral having been concluded, the referral is hereby terminated. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.